UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-31395
Summary Calendar

_____

VINCENT MARK CASTILLO,

Plaintiff-Appellant,

versus

FELICIANA FORENSIC FACILITY; DEPARTMENT HEALTH AND
HOSPITALS; EAST LOUISIANA STATE HOSPITAL; MARK ANDERS;
CLARENCE JOHNSON; RONALD JOHNSON; TRAVIS ASH;
ROBERT PALMER; RONNIE WINTERS; UNKNOWN BELL; WILLIAM PERRY;
ANH T. NGUYEN; PAUL NGUYEN; A. DINK; DOROTHY FONTENOT;
DEBRA ROGERS; JOHN DOE; ANNIBUL DUFFIELD; RAYMOND SHORT;
JACKSON POLICE DEPARTMENT,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Louisiana
(00-CV-455-D)

_____

December 31, 2002

Before BARKSDALE, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Vincent Mark Castillo's June 2000 § 1983 civil rights
complaint was dismissed by the district court in August 2001 for
failure to prosecute. In November 2001, after the time for filing
a notice of appeal expired, Castillo filed a motion to appeal

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

which, given the benefit of liberal construction, was a motion to re-open the time for appeal pursuant to FED. R. APP. P. 4(a)(6). The district court denied that motion; Castillo appeals *pro se*.

A district court's refusal to re-open the time to appeal is reviewed for abuse of discretion. *See **In re Jones***, 970 F.2d 36, 39 (5th Cir. 1992). The record does not support Castillo's contention he submitted in writing each of his eight address changes to the district court.

**AFFIRMED**